**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PEDIATRIC MEDICAL DEVICES, INC.,

Plaintiff,

vs.

INDIANA MILLS & MANUFACTURING, INC.,

Defendant

CIVIL ACTION FILE

NO. 1:11-cv-2613-TCB

**J U D G M E N T**

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; judgment is entered in favor of defendant.

Dated at Atlanta, Georgia, this 2nd day of December, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: s/Robin Harlan
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 2, 2013
James N. Hatten
Clerk of Court

By: s/Robin Harlan
Deputy Clerk